# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

HERNAN ALONSO HOYOS SANTAMARIO

Hon. Michael A. Shipp

Crim. No. 08- 345 (SRC)

SEALING ORDER

This matter having come before the Court upon the application of the United States of America (Andrew Carey, Assistant U.S. Attorney, appearing), for an arrest warrant, and its concurrent application that the Indictment filed against the person named in the warrant be filed under seal, and good cause having been shown,

IT IS, on this ___ day of May, 2008,

ORDERED that, except for such copies of the arrest warrant and Indictment are necessary to accomplish their purpose, the Indictment, arrest warrant and this order be and hereby are SEALED until the arrest warrant is executed or until further order of the Court.

Honorable Michael A. Shipp
United States Magistrate Judge