UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :   Hon. Stanley R. Chesler

v.                            :   Crim. No. 08-345

HERNAN ALONSO HOYOS SANTAMARIO,  :
a/k/a Hernan Alonso Hoyos Santamaria"
                              :   ORDER FOR CONTINUANCE

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Andrew Carey, Assistant U.S. Attorney, appearing), and defendant HERNAN ALONSO HOYOS SANTAMARIO, a/k/a Hernan Alonso Hoyos Santamaria" (Stephen Turano, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c)(1), and the defendant having consented to such a continuance, and it appearing that the defendant waives such right, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The charges in this case are the result of a complex investigation, and the discovery involves a voluminous amount of discovery including numerous audio and video recordings and defense counsel requires adequate time to review;

(2) Taking into account the exercise of diligence, therefore, the facts of this case require that defense counsel be permitted a reasonable amount of additional time for effective preparation in this matter;

(3) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

(4) The defendant consents to the continuance; and

(5) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 7th day of November, 2011,

ORDERED that this action be, and hereby is, continued until February 3, 2011; and it is further

ORDERED that defense motions, if any, are to be filed by February 6, 2011, opposition to defense motions are to be filed by February 24, 2011, motions shall be heard on a date to

-2-

be determined and the trial shall be scheduled for a date to be determined absent any other reason to continue the proceedings; and it is further,

ORDERED that the period from the date of this order through February 6, 2011 shall be excludable in computing time under the Speedy Trial Act of 1974.

*Trial Date 2/6/2012 @ 10:00*
*Motions Ret. 1/30/2012 @ 11:00*

HON. Stanley R. Chesler
United States District Judge

Form and entry
consented to:

Andrew Carey
Assistant U.S. Attorney

Stephen Turano, Esq.
Counsel for defendant

-3-